**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JARROD FIGUEROA, *on behalf of himself,*
*FLSA collective Plaintiffs and the Class*,

               Plaintiff,

  - against -                                                            **JUDGMENT**
                                                                                                        CV 22-537 (JS) (AYS)

STATEWIDE CONSTRUCTION SERVICES OF
NY, INC., d/b/a STATEWIDE CONSTRUCTION,
and WAYNE NOEL,

               Defendants.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 15, 2022, accepting Defendants' April 15, 2022 offer to allow entry of judgment against them, jointly and severally, in the amount of $20,000.00, to resolve all of Plaintiff's claims filed in this lawsuit, inclusive of all attorney's fees, costs, disbursements, damages or claims related thereto, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jarrod Figueroa and against Defendants Statewide Construction Service of NY, Inc., and Wayne Noel, jointly and severally, in the amount of $20,000.00, to resolve all of Plaintiff's claims filed in this lawsuit, inclusive of all attorney's fees, costs, disbursements, damages or claims related thereto; and that this case is closed.

Dated: April 19, 2022
       Central Islip, New York

                                                                                    BRENNA B. MAHONEY
                                                                                    CLERK OF THE COURT

                                                             By:   /s/ James J. Toritto
                                                                                          Deputy Clerk